

FILED TD
5/27/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Alec Smith (312) 353-5009

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MANUEL JOSEPH CHAVEZ

Case No.: **26 CR 261**
DANIEL P. MCLAUGHLIN
Magistrate Judge

## AFFIDAVIT IN REMOVAL PROCEEDING

I, EVAN HYLTON, personally appearing before United States Magistrate Judge DANIEL P. MCLAUGHLIN and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that MANUEL JOSEPH CHAVEZ has been charged by Indictment in the Middle District of Florida with the following criminal offenses: Coercion and Enticement of a Minor to Engage in Sexual Activity, in violation of 18 U.S.C. § 2422(b); Production of Child Pornography, in violation of 18 U.S.C. § 2251(a); and Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2).

Copies of the Indictment and arrest warrant are attached.

EVAN HYLTON
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone this 27th day of May, 2026.

DANIEL P. MCLAUGHLIN
United States Magistrate Judge