

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                    **(312) 435-5670**
**Clerk**

**Transfer of Criminal Case**

6/1/2026

Middle District of Florida

Case Title:  USA v. Chavez

Northern District of Illinois Case No.:  1:26cr261-1    Other Court's Case No.:  26-cr-118

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**                                             ☐ In   ☒ Out

☒ Order.
☒ Commitment Order.
☐ Bond Transfer.
☐ Order Setting Conditions of Release.
☐ Appearance bond.
☐ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**   ☐ In   ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.
☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.

Revised 10/03/16

☐ **F.R.Cr.P. 20**     ☐ **F.R.Cr.P. 21**                    ☐ In     ☐ Out

☐ Indictment.

☐ Information.

☐ Superseding Indictment.

☐ Superseding Information.

☐ Sentencing Order.

☐ Consent to Transfer Jurisdiction.

Sincerely,
Thomas G. Bruton, Clerk of Court

By: /s/P. Harrison
     Deputy Clerk

---

## TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

Clerk, U.S. District Court

Date:                                                   By:

Deputy Clerk

Revised 10/03/16